IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40430
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAY MARTIN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:99-CR-140-1
- - - - - - - - - -
January 23, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Thomas J. Burbank, court-appointed counsel for Ray Martin, has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Martin has received a copy of counsel's motion and brief, but has not filed a response. Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.